IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ZSHAKIRA BEVERLY**                                                                **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO: 5:15-cv-00056-DCB-MTP**

**CITY OF GLOSTER, MISSISSIPPI, ET AL.**                              **DEFENDANTS**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and as further evidenced by the signatures of the duly authorized counsel of record, the Court holds that all claims against Juan Gray, individually and in his official capacity as Chief of Police for the City of Gloster, Mississippi, should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED that all claims in this cause against Juan Gray, individually and in his official capacity as Chief of Police for the City of Gloster, Mississippi are hereby dismissed without prejudice.

SO ORDERED, this the 9th day of October, 2015.

s/David Bramlette
UNITED STATES DISTRICT COURT JUDGE


/s/ Charles E. Miller
CHARLES E. MILLER
ANGELA MILLER


/s/ Gary E. Friedman
GARY E. FRIEDMAN